UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL BROWN,<br><br>        Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK,<br><br>        Defendant. | CIVIL ACTION NO.: 21 Civ. 4632 (PGG) (SLC)<br><br>**AMENDED SCHEDULING ORDER AND<br>ORDER TO PRODUCE** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request the adjourn the telephonic initial case management conference scheduled for October 21, 2021 (ECF No. 20) is GRANTED.  The conference is RE-SCHEDULED for **Tuesday, November 16, 2021 at 10:00 am** and will take place by phone on the Court's conference line.  The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

It is hereby **ORDERED** that the Warden or other official in charge of the Orleans Correctional Facility produce plaintiff Paul Brown, DIN: 21R0239, on Thursday, November 16, 2021, no later than 9:45 am, to a suitable location within the Orleans Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for defendant the City of New York (the "City").  If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that the City's counsel must:  (1) transmit this order to the Warden immediately and  (2) contact the Orleans Correctional Facility to arrange the telephone call.

In addition to discussing a discovery schedule, the parties should be prepared to discuss settlement (and counsel for the City should come to the conference with settlement authority, and with a supervisor available by phone if necessary).

The Clerk of the Court is respectfully directed to close ECF No. 20 and to mail a copy of this order to plaintiff at the below address.

Dated:     New York, New York
           October 14, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail to:

Paul Brown
DIN: 21R0239
NYSID: 01566457Z
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411-9199