UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BROWN,

                Plaintiff,

-v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 4632 (PGG) (SLC)

**ORDER TO PRODUCE**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the initial case management conference, a telephone conference is scheduled for **Wednesday, March 2, 2022 at 10:00 am** and will take place by phone on the Court's conference line. The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

It is hereby **ORDERED** that the Warden or other official in charge of the Orleans Correctional Facility produce plaintiff Paul Brown, DIN: 21R0239, on Wednesday, March 2, 2022, no later than 9:45 am, to a suitable location within the Orleans Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for defendant the City of New York (the "City"). If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that the City's counsel must: (1) transmit this order to the Warden immediately and (2) contact the Orleans Correctional Facility to arrange the telephone call.

The Clerk of the Court is respectfully directed to mail a copy of this order to plaintiff at the below address.

Dated:     New York, New York
           February 14, 2022

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**

<u>Mail to</u>:

Paul Brown
DIN: 21R0239
NYSID: 01566457Z
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411-9199

2