UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BROWN,

                Plaintiff,

-v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 4632 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, March 2, 2022, the Court orders as follows:

1. Defendant's letter-motion to compel (ECF No. 25) is GRANTED IN PART and DENIED IN PART. By **March 16, 2022**, Plaintiff shall serve responses to Defendant's interrogatories;

2. All fact discovery shall be completed by **May 2, 2022**; and

3. Defendant shall file a status report by **April 18, 2022 or within one week of the completion of Plaintiff's deposition**, whichever is sooner.

The Clerk of the Court is respectfully directed to close ECF No. 25 and to mail a copy of this order to Plaintiff at the below address.

Dated:    New York, New York
            March 2, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:
Paul Brown
DIN: 21R0239
NYSID: 01566457Z
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411-9199