UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BROWN,

                Plaintiff,

-v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 4632 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 2, 2022, the Court extended the fact discovery deadline to May 2, 2022 and ordered Defendant to file a status report by April 18, 2022 or within one week of the completion of Plaintiff's deposition, whichever is sooner. (ECF No. 26 (the "Mar. 2 Order")). To date, Defendant has not filed a status report in compliance with the Mar. 2 Order. Accordingly, Defendant is ordered to file the status report by **May 20, 2022**.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff at the below address.

Dated:    New York, New York
           May 13, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:
Paul Brown
DIN: 21R0239
NYSID: 01566457Z
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411-9199