UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BROWN,

                            Plaintiff,

    -v-                                                   CIVIL ACTION NO.: 21 Civ. 4632 (PGG) (SLC)

CITY OF NEW YORK,                                           **ORDER**

                          Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On July 29, 2022, Defendant filed a motion for summary judgment, seeking dismissal of pro se Plaintiff Paul Brown's Complaint in its entirety. (ECF No. 33 (the "Motion")). On August 9, 2022, the Honorable Paul G. Gardephe referred the Motion to the undersigned for a report and recommendation. (ECF No. 43).

Pursuant to the Court's Local Rules, Mr. Brown's opposition to the Motion was due by August 12, 2022. See S.D.N.Y. Loc. R. 6.1(b). To date, however, Mr. Brown has neither filed an opposition to the Motion, nor requested an extension of time to do so. In light of Mr. Brown's pro se status, the Court will afford him a final opportunity to oppose the Motion. Accordingly, by **October 18, 2022**, Mr. Brown shall serve and file his opposition to the Motion. Defendant may file a reply within fourteen (14) days of receipt of Mr. Brown's opposition. Mr. Brown is warned that that <u>failure to respond will result in the Court ruling on the Motion based on Defendant's submissions alone and may result in dismissal of this action with prejudice</u>.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:      New York, New York                    SO ORDERED.
             September 2, 2022

                                                                    **SARAH L. CAVE**
                                                                    **United States Magistrate Judge**