UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BROWN,

                Plaintiff,

-v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 4632 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Paul Brown's November 23, 2022 letter requesting "that the Court settle this matter in [his] favor on the grounds that the Defendant has not yet given [him] nor the Court any updates regarding this case or the Defendant's change of counsel." (ECF No. 56 (the "Request")). The Court notes that, pursuant to the Court's order at ECF No. 48, Defendant's substitute counsel filed a notice of appearance on September 19, 2022 (ECF No. 51), and that, on November 21, 2022, Defendant filed a reply in further support of its motion for summary judgment (the "Motion"). (ECF No. 53 (the "Reply")). Accordingly, the Request is DENIED. Although Defendant served a copy of the Reply on Mr. Brown (see ECF No. 54), the Court will direct the Clerk of Court to provide Mr. Brown with an additional copy of the Reply and a copy of the docket. The Court will issue its Report and Recommendation on the Motion in due course. The parties may jointly request a settlement conference at any time.

The Clerk of Court is respectfully directed to mail copies of ECF No. 53, the docket, and this order to Mr. Brown.

Dated:     New York, New York
           November 30, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**