UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BROWN,

                Plaintiff,

-v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 4632 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Paul Brown's December 5, 2022 letter requesting a settlement conference. (ECF No. 58). By **December 16, 2022**, Defendant shall fie a letter advising whether it is willing to participate in a settlement conference at this time.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Brown.

Dated:     New York, New York
             December 13, 2022

                                            SO ORDERED.

                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**