UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BROWN,

               Plaintiff,

-v-

CITY OF NEW YORK,

               Defendant.

CIVIL ACTION NO.: 21 Civ. 4632 (PGG) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 38 to file certain documents at ECF No. 39 under seal is **GRANTED**. The documents at ECF No. 40 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 38.

Dated:     New York, New York
            January 9, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge