**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAUL BROWN,

                    Plaintiff,

   -against-                                        21 **CIVIL** 4632 (PGG)(SLC)

                                                              **<u>JUDGMENT</u>**

CITY OF NEW YORK,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2023, this Court has adopted the R&R in its entirety, and the City is granted summary judgment on Plaintiff's claims; accordingly, the case is closed.

**Dated:**  New York, New York

       March 15, 2023

                                                             **RUBY J. KRAJICK**

                                                             _____
                                                               **Clerk of Court**

                               **BY:**       K. Mango

                                                               _____
                                                               **Deputy Clerk**